### STATE v. C. G. MAY.

(Filed 19 May, 1937.)

APPEAL by defendant from *Hill, Special Judge,* at November Special Term, 1936, of GUILFORD.

Criminal prosecution, tried upon indictment charging the defendant with sodomy or crime against nature. C. S., 4336.

Verdict: Guilty of an attempt to commit the crime charged.

Judgment: Two years on the roads.

Defendant appeals, assigning errors.

*Attorney-General Seawell and Assistant Attorney-General McMullan for the State.*

*J. J. Henderson and George A. Younce for defendant.*

PER CURIAM. The case was properly submitted to the jury on the evidence offered by the State, and the record is barren of any reversible error; hence the verdict and judgment will be upheld.

No error.